**IT IS ORDERED as set forth below:**



**Date: June 3, 2021**

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:              )  | |
|                     )  | CHAPTER 7 |
| MARIANNE ELIZABETH DETLING     ) | CASE NO. 19-55422-wlh |
|                     )  | |
| Debtor.             )  | |

**CONSENT ORDER GRANTING TRUSTEE'S SECOND MOTION TO EXTEND LIMITATIONS PERIOD UNDER 11 U.S.C. § 546**

This matter is before the Court on the Second Motion of the Chapter 7 Trustee to Extend the Limitations Period Pursuant to 11 U.S.C. §§546. *See* Dkt. No. 77.

Upon consideration of the Motion and consent of Debtor, the Court having reviewed and considered the Motion, and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its bankruptcy estate, and all

1

creditors and other parties in interest; and sufficient notice of the Motion having been given to the appropriate parties in interest; after due deliberation thereon, and good cause appearing therefore, it is hereby

**ORDERED** that the limitations period of 11 U.S.C. §546 for pursuing avoidance and turnover actions against Debtor, individually or in her capacity as Custodian of the bank account in the name of Debtor's minor child established pursuant to the Georgia Transfers to Minors Act, is extended through and including September 1, 2021.

[End of Order]

Prepared and presented by:

 /s/  Scott B. Riddle
Scott B. Riddle, Esq.
GA Bar 604855
**Law Office of Scott B. Riddle, LLC**
Suite 1800 Tower Place
3340 Peachtree Road NE
Atlanta GA 30326
Telephone: (404) 815-0164
*Counsel for Chapter 7 Trustee*
Consented to by:

 /S/ (*by Scott B. Riddle with express permission*)
David A. Cox
GA Bar No. 192381
David A. Cox Law, LLC
2870 Peachtree Road #183
Atlanta, GA 30305
*Counsel for Debtor*

Service List:

Marianne Elizabeth Detling
188 Pinehurst Lane
Marietta, GA 30068

David A. Cox
David A. Cox Law, LLC
2870 Peachtree Road #183
Atlanta, GA 30305

Law Office of Scott B. Riddle, LLC
Suite 1800 Tower Place
3340 Peachtree Road NE
Atlanta GA 30326