UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) CHAPTER 13 |
| MARIANN ELIZABETH DETLING | ) CASE NO. 19-55422-WLH |
| | ) |
| | ) |
| Debtor(s). | ) |

### CHAPTER 13 TRUSTEE'S CASE ACTIVITY REPORT AND ACCOUNT

Resigning Chapter 13 Trustee, Melissa J. Davey, submits the following Report and Account representing data regarding the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1) prior to the Trustee's resignation. The Trustee declares as follows:

1) The case was filed on April 04, 2021 and transferred on October 20, 2021.

2) The plan has not been confirmed.

3) Melissa J. Davey resigned as Trustee on November 02, 2021.

4) The case was reassigned to Nancy J. Whaley on November 09, 2021.

5) The case remains active and open.

6) All checks distributed by the Trustee related to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the Debtor | $00.00 |
| Less amount paid to successor Trustee | $00.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. B' | Unsecured | 7,778.00 | 7,778.04 | 7,778.04 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. B' | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 17,617.00 | 17,617.68 | 17,617.68 | 0.00 | 0.00 |
| DISCOVER PERSONAL LOANS | Unsecured | 14,078.00 | 14,078.42 | 14,078.42 | 0.00 | 0.00 |
| GOLDMAN SACHS MORTGAGE CO | Secured | 85,774.00 | 85,774.88 | 85,774.88 | 0.00 | 0.00 |
| SUNTRUST BANK | Secured | 270,897.00 | 270,897.86 | 270,897.86 | 0.00 | 0.00 |
| U.S. SMALL BUSINESS ADMINISTR | Unsecured | 470,676.00 | 470,676.82 | 470,676.82 | 0.00 | 0.00 |
| US SBA | Unsecured | 70,676.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $356,672.74 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$356,672.74** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$510,150.96** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration: | $0.00 |
| Disbursements to Creditors: | $0.00 |
| Total Disbursements: | $0.00 |

6) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/09/2021

/s/ MELISSA J. DAVEY

MELISSA J. DAVEY
STATE BAR NO. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
(678)510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MARIANNE ELIZABETH DETLING | ) | CASE NO.: 19-55422- |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

I certify that on this day I caused a copy of this Chapter 13 Trustee's Case Activity Report and Account be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DEBTOR(S):
MARIANNE ELIZABETH DETLING
188 PINEHURST LANE
MARIETTA, GA  30068

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Case Activity Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
LAW OFFICE OF SCOTT B. RIDDLE,

December 02, 2021.

/s/Melissa J. Davey
_____
Melissa J. Davey
GA Bar No. 206310
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Fax:            678-510-1450