**IT IS ORDERED as set forth below:**



Date: February 1, 2022

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  A19-55422-WLH |
| MARIANNE ELIZABETH DETLING | ) | |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |

**ORDER ON TRUSTEE'S MOTION OBJECTING TO THE
DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. 1328(f)**

The above and foregoing matter came before this Court on January 26, 2022 at 10:20 a.m. on the Trustee's Motion Objecting to the Debtor's Discharge.  The Debtor originally filed the instant case as a Chapter 7 case on April 4, 2019.  The Court entered an Order granting the Debtor a discharge on August 15, 2019. As the Debtor received a discharge under Chapter 7 within four (4) years prior to this case being converted to one under Chapter 13 and for good cause shown:

**IT IS HEREBY ORDERED** that the Debtor is ineligible for a discharge in this case pursuant to 11 U.S.C. Section 1328(f).

## END OF DOCUMENT

Presented by:

/s/
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar No. 940874
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
rwilliams@njwtrustee.com

## DISTRIBUTION LIST

Case Number **A19-55422-WLH**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**